JAMES S. KNECHT and PETER N. KNECHT, Suing on Behalf of Themselves and All Other Stockholders of THE WAYNE COUNTY PRODUCE Co., Similarly Situated, Respondents, v. EDWARD F. KNECHT and THE WAYNE COUNTY PRODUCE Co., Appellants. (Appeal No. 2.) — On a motion by defendants for a bill of particulars of the plaintiffs' complaint, in part the motion was granted and in part denied. Order modified by requiring the plaintiffs to serve particulars as to numbers 2, 3 and 5 in the notice of motion dated June 19, 1936, in addition to those allowed; and as so modified the order, in so far as an appeal is taken therefrom, is affirmed, with ten dollars costs and disbursements to appellants. The particulars shall be served within ten days from the entry of the order hereon. Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ., concur.

ANN McFADDEN, WILLIAM McFADDEN and FRANCIS CALLAHAN, Appellants, v. EDMOND RICHARD, Respondent.— Action to recover damages for personal injuries to two of the plaintiffs and for damages sustained by the third plaintiff for loss of services of the infant plaintiff, alleged to have resulted from the negligence of the defendant in the operation of an automobile. Judgment in favor of the defendant entered upon a verdict reversed on the law and the facts and a new trial granted, with costs to the appellants to abide the event. Appeal from order denying motion to set aside the verdict, not printed in the record, dismissed. The evidence presented sharp issues of fact which were submitted to the jury by the trial justice, who, however, in our opinion, exceeded his functions in certain comments made in the presence of the jury during the trial, particularly at folios 379 and 380, which comments were prejudicial to the plaintiffs, and erred in his charge by statements therein the effect of which was to cast doubt upon the plaintiffs' case. The trial was thereby rendered unfair and partial. A new trial is, therefore, required in the interest of justice. Young, Johnston and Taylor, JJ., concur; Lazansky, P. J., and Adel, J., concur as to the dismissal of the appeal from the order, but dissent as to the reversal of the judgment and vote to affirm.

NASSAU-SUFFOLK BOND AND MORTGAGE GUARANTEE COMPANY, Respondent, v. MORRIS GABAY and Others, Defendants; ADELAIDE M. OPPENHEIMER, Appellant.— In an action to foreclose a mortgage upon real property because of default in the payment of interest and taxes, three separate appeals by defendant Adelaide M. Oppenheimer are presented: (1) From the order of reference to compute entered February 20, 1936; (2) from the same order thus entered and from the judgment of foreclosure and sale, entered February 27, 1936; and (3) from the order entered March 31, 1936, granting motion for reargument and adhering on reargument to the prior order so entered on February 20, 1936, except in so far as the order entered March 31, 1936, grants reargument. The appeals were consolidated. Orders and judgment are unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ.

ROSE S. PAPKE, Respondent, v. WILLIAM E. PAPKE, Appellant.— Order adjudging defendant in contempt by failing to pay alimony and permitting him to purge himself of contempt by making certain payments affirmed, with ten dollars costs and disbursements. Order denying defendant's motion to modify the final judgment by striking out or reducing the amount of alimony affirmed, with ten dollars costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.